UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Billy Karr, et al.,

              Plaintiff(s),                      20-cv-6922 (PKC)

   -against-                                  ORDER
                                            INITIAL PRETRIAL CONFERENCE

Taro Pharmaceuticals U.S.A., Inc., et al.,

              Defendant(s).

CASTEL, United States District Judge.

**COUNSEL FOR PLAINTIFF (OR THE REMOVING DEFENDANT) SHALL IMMEDIATELY SEND A COPY OF THIS ORDER TO ALL PARTIES**.

1.     Counsel for all parties shall appear for an Initial Pretrial Conference, held pursuant to Rule 16 of the Federal Rules of Civil Procedure, on October 26, 2020 at 12:00 p.m. Principal trial counsel shall appear at this and all subsequent conferences.

2.     The parties shall submit a joint letter five business days prior to the Conference addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. The parties shall set forth the date and time of the Conference in the opening paragraph of the joint letter.

3.     The parties are directed to confer on a Case Management Plan (the "Plan") in accordance with Rule 26(f) of the Federal Rules of Civil Procedure. The outline of a Plan may be found on the Court's website: https://nysd.uscourts.gov/hon-p-kevin-castel. The jointly proposed Plan shall be submitted in writing to the Deputy Clerk immediately prior to the Conference.

4.     The parties shall consult the undersigned's Individual Practices available on the Court's website. Requests for adjournment of the Conference will be considered only if made in writing and in accordance with the undersigned's Individual Practices.

5.     Prior to the Conference, counsel for all parties shall file a Notice of Appearance in accordance with the Rules and Instructions for Electronic Case Filing.

**Due to the COVID-19 pandemic, conferences with the Court in civil cases will be held by teleconferencing until further notice. Counsel for the plaintiff(s) shall arrange for the conference call.**

**No later than seventy-two hours before the conference, plaintiff(s)' counsel shall:**

(a)     docket a letter on ECF to the Court with copy to all opposing counsel containing the call-in information and email the letter to **castelnysdchambers@nysd.uscourts.gov** ; and

**(b)** for an initial pretrial conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov .

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 2, 2020