## UNITED STATES DISTRICT COURT FOR
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILLY KARR; et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>TARO PHARMACEUTICALS U.S.A., INC., and DOES 1-10, inclusive,<br><br>                         Defendants. | Case No.: 1:20-cv-06922 |

*[handwritten annotation: "issuance of the mandate in"]*

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY FURTHER PROCEEDINGS PENDING RESOLUTION OF APPEAL OF RELATED CASE

The motion of the Plaintiffs Billy Karr, et al., ("Plaintiffs") requesting this Court to stay further proceedings in this matter pending the ~~resolution of~~ the appeal of the ~~related case of~~ *Frei vs. Taro*, [handwritten: *an appeal from the judgment of the*] Second Circuit Court of Appeals Case Number: 20-1208, U.S. District Court for the ~~Northern~~ [handwritten: *Southern*] District of New York Case Number: 7:19-cv-02939-VB is ~~taken under consideration and~~ hereby GRANTED.

SO ORDERED this 16th day of June, 2021.

_____
United States District/~~Magistrate~~ Judge

1